IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWENA G. CU-UNJIENG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE & CO., et al.,<br><br>Defendants | No. C-10-0476 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On February 9, 2010, plaintiffs Rowena G. Cu-Unjieng, Victor Cu-Unjieng, and Christina Cu-Unjieng electronically filed a motion to remand. Thereafter, on February 12, 2010, defendant JP Morgan Chase Bank, N.A. electronically filed a motion to dismiss.

Each of the above-referenced parties has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of their motion to remand,

and defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of its motion to dismiss. The above-referenced parties are hereby advised that if they fail in the future to comply with General Order 45 and the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: March 2, 2010

MAXINE M. CHESNEY
United States District Judge