IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWENA G. CU-UNJIENG, et al., | No. C 10-0476 MMC |
| Plaintiffs, | **ORDER VACATING MARCH 26, 2010 HEARING ON PLAINTIFFS' MOTION TO REMAND AND REQUEST FOR AWARD OF ATTORNEY'S FEES AND COSTS** |
| v. | |
| JP MORGAN CHASE & CO., et al., | |
| Defendants | |

Before the Court is plaintiffs' "Motion to Remand and Request for an Award of Attorney's Fees and Costs," filed February 9, 2010, and set for hearing on March 26, 2010. (See Clerk's Notice, filed March 2, 2010.) Pursuant to the Civil Local Rules of this District, opposition was due no later than March 5, 2010. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). No opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers and VACATES the March 26, 2010 hearing on the motion to remand.

**IT IS SO ORDERED.**

Dated: March 11, 2010

_____
MAXINE M. CHESNEY
United States District Judge